UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GOODSON, | No. 2:20-cv-0679-EFB P |
| Plaintiff, | |
| v. | ORDER |
| COLUSA COUNTY SUPERIOR COURTS, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the request for leave to proceed in forma pauperis is not accompanied by a certified trust account statement. *See* 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 6, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE