UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GOODSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUSA COUNTY SUPERIOR COURTS, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-0679-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 6, 2020, the court found that plaintiff's request for leave to proceed in forma pauperis was not accompanied by a certified trust account statement, as required by 28 U.S.C. § 1915(a)(2).  ECF No. 4.

　　　Accordingly, the court directed plaintiff to submit, within thirty days, a certified trust account statement to complete his request for leave to proceed in forma pauperis.  *Id.*  The court also warned plaintiff that failure to do so would result in this action being dismissed.  *Id.*  The time for acting has now passed and plaintiff has not submitted the certified trust account statement or otherwise responded to the court's order.

　　　Accordingly, it is ORDERED that the Clerk is directed to randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 18, 2020.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE